**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6574**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TION KIMBROUGH,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:09-cr-00220-REP-1)

Submitted:  September 18, 2018                     Decided:  October 15, 2018

Before GREGORY, Chief Judge, NIEMEYER and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tion Kimbrough, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tion Kimbrough appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kimbrough*, No. 3:09-cr-00220-REP-1 (E.D. Va. Apr. 25, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*